# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130479

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                 SC: 130479
                                                 COA: 265444
                                                 Wayne CC: 04-012511-01

LEE DARNELL SIMMONS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006 _____           _____

d0522                                                 Clerk